IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TINA ROBERTSON, et al., individually, and on behalf of a class of others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>LTS MANAGEMENT SERVICES, LLC, et al.,<br><br>            Defendants. | Case No. 07-CV-00865-FJG |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF STATE LAW CLAIMS AND NOTIFICATION OF ALL PUTATIVE CLASS MEMBERS

COME NOW, Plaintiffs, through their counsel of record, Holman Schiavone, L.L.C., and requests that the Court grant Plaintiffs' Motion for Class Certification of State Law Claims and Notification of All Putative Class Members. In support of this Motion, Plaintiffs have submitted accompanying Suggestions in Support of their Motion for Class Certification of State Law Claims and Notification of All Putative Class Members, as well as their proposed notification to putative class members.

Respectfully submitted,

HOLMAN SCHIAVONE, LLC

By: /s/ Amy P. Maloney
Amy P. Maloney, Mo. 48936
Kirk Holman, Mo. 50715
Anne Schiavone, Mo. 49349
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Phone: 816.283.8738
Fax: 816.283.8739

ATTORNEYS FOR PLAINTIFFS